

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2018

No. 04-18-00022-CR

Travis Leslie **NORTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR3975
Honorable Frank J. Castro, Judge Presiding

# O R D E R

On July 25, 2018, this appeal was abated pursuant to TEX. R. APP. P. 38.8(b)(2). The trial court appointed appellant new appellate counsel, and this appeal was reinstated on August 28, 2018. After reinstatement, appellant's brief was originally due to be filed on September 27, 2018. Appellant has filed a motion for a thirty-day extension of time to file the brief, until October 26, 2018. The motion is GRANTED and it is ORDERED that appellant's brief must be filed by October 26, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of September, 2018.

_____
Keith E. Hottle
Clerk of Court